# IN THE SUPREME COURT OF THE STATE OF NEVADA

ISIDRO BACA, WARDEN,
                Appellant,

vs.

ROSENDO VASQUEZ,
                Respondent.

No. 73486

**FILED**

NOV 30 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a district court order granting a postconviction petition for a writ of habeas corpus. Appellant has filed a motion to voluntarily dismiss this appeal based upon this court's decision in *Williams v. State, Department of Corrections*, 133 Nev., Adv. Op. 75, 402 P.3d 1260 (2017). Cause appearing, we grant the motion and

ORDER this appeal DISMISSED

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. James E. Wilson, District Judge
       Attorney General/Carson City
       Attorney General/Las Vegas
       Rosendo Vasquez
       Carson City Clerk